# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 11-CR-10194-MLW |
| ROSA MOM, Defendant. | |

## MOTION FOR RETURN OF BAIL

Defendant Rosa Mom ("the defendant"), by and through his undersigned counsel, hereby respectfully requests this Honorable Court issue an order directing the return of the $2,500.00 posted by the defendant to secure his appearance bond. As grounds, the defendant avers and states:

1. The defendant was indicted on May 19, 2011, and arrested the following day on May 20, 2011. On May 23, 2011, the defendant was arraigned and conditions of release[1] were set, including an appearance bond[2] in the amount of $25,000.00. The appearance bond was secured by $2,500.00, $500.00 of which was paid on May 23, 2011[3], with the remaining balance of $2,000.00 paid on December 7, 2011[4].

2. The defendant entered a guilty plea during a Rule 11 Hearing held on December 8, 2011, and was sentenced on October 16, 2012, to terms of custody and supervised release, respectively.

---

[1] Docket entry #7, copy attached as Exhibit 1.
[2] Docket entry #8, copy attached as Exhibit 2.
[3] Receipt # BST024238.
[4] Receipt # BST024475.

ALLOWED
W/o Up. D.J.
May 9, 2013

1